BEFORE: WILLIAM D. WALL                                             DATE: 09/14/09

UNITED STATES MAGISTRATE JUDGE                          TIME: 11:30 AM

DOCKET NO.  CV 06-3921                              ASSIGNED JUDGE: SPATT

CASE NAME:  ATLANTIC INFORMATION TECHNOLOGY, GMBH V. CA, INC.

                                                  CIVIL CONFERENCE

Initial ____    Status  X   Settlement ____    Pretrial ____    Other: ____

APPEARANCES:       Plaintiff         J. Christopher Jensen


                              Defendant        John McEntee

                                               Michael Schissel

**SCHEDULING:** The next Pretrial conference will be held on May 14, 2010 at 11:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X    Other:   The scheduling order is amended as follows;

        Completion of fact discovery           December 18, 2009

        Defendant's expert reports              January 15, 2010

        Plaintiff's rebuttal expert reports     February 15, 2010

        Defendant's reply expert reports        February 28, 2010

        Completion of expert discovery          Anytime prior to trial

        Dispositive motions to be filed         April 7, 2010

Submission of a joint proposed pretrial order     May 11, 2010.

SO ORDERED

/s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge