# Cowan, Liebowitz & Latman, P.C.
LAW OFFICES

1133 Avenue of the Americas   •   New York, NY  10036-6799

(212) 790-9200   •   www.cll.com   •   *Fax* (212) 575-0671

**J. Christopher Jensen**
Direct  (212) 790-9204
jcj@cll.com

October 1, 2010

<u>Via ECF</u>

Hon. Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    *Atlantis Information Technology, GmbH v. CA, Inc.*,
               No. 06 Civ. 3921 (JS) (WDW)

Dear Judge Seybert:

       We represent the plaintiff Atlantis Information Technology, GmbH ("Atlantis") in the above-referenced matter.

       Pursuant to your Honor's Individual Practices and in advance of the parties' forthcoming summary judgment pre-motion conference scheduled for October 15, 2010, at 10:30 a.m., we enclose copies of Atlantis's updated Rule 56.1 Statements in support of Atlantis's proposed motions for (a) partial summary judgment on liability on its claim for breach of contract and (b) summary judgment dismissing defendant CA's affirmative defense and counterclaim for breach of contract, and copies of Defendant's Rule 56.1 Counter-Statements in opposition to Atlantis's two proposed motions.  These documents replace the prior statements and counter-statements filed by Atlantis with the Court on July 22, 2010 (Docket No. 96).

       Atlantis reiterates that summary judgment in its favor is appropriate for the same reasons as previously set forth in our letter to the Court dated July 22, 2010, a copy of which is enclosed.

Respectfully submitted,

s/ J. Christopher Jensen

Enclosures

27601/000/1197222.1