J. Christopher Jensen (jcj@cll.com)
Jonathan Z. King (jzk@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue Of The Americas
New York, New York  10036-6799
(212) 790-9200
Attorneys for Plaintiff
ATLANTIS INFORMATION TECHNOLOGY, GmbH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

| | |
|---|---|
| ATLANTIS INFORMATION TECHNOLOGY, GmbH <br><br>             Plaintiff, <br><br>    -against- <br><br> CA, INC. <br><br>            Defendant. | Civil Action No. <br> 06-CV-3921(JS)(WDW) <br><br> **<u>NOTICE OF MOTION</u>** <br><br> *Oral Argument Requested* |

----------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the accompanying Rule 56.1 Statement of

Undisputed Material Facts, Declarations of J. Christopher Jensen and Alexander Gaugler, and

the exhibits thereto, and Memorandum of Law, and all of the prior pleadings and proceedings in

this action, Plaintiff Atlantis Information Technology, GmbH ("Atlantis") hereby moves this

Court, before the Hon. Joanna Seybert, United States District Judge, Eastern District of New

York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for an

order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Atlantis summary

judgment on Defendant CA, Inc.'s affirmative defense and counterclaim for breach of contract.

1

Dated: New York, New York        Respectfully submitted,
       November 15, 2010

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:      /s/ J. Christopher Jensen
                                     J. Christopher Jensen (jcj@cll.com)
                                     Jonathan Z. King (jzk@cll.com)
                                     Eric J. Shimanoff (ejs@cll.com)
                              1133 Avenue Of The Americas
                              New York, New York  10036-6799
                              (212) 790-9200
                              Attorneys for Plaintiff ATLANTIS
                              INFORMATION TECHNOLOGY, GmbH

To:    Michael D. Schissel, Esq.
       Pamela A. Miller, Esq.
       Arnold & Porter LLP
       399 Park Avenue
       New York, NY 10022-4690

       John P. McEntee, Esq.
       Farrell Fritz, P.C.
       EAB Plaza
       West Tower-14th Floor
       Uniondale, NY 11556-0120

       *Attorneys for Defendant CA Inc.*