Exhibit B

## Exhibit C - E/NAT® Versions, Enhancements, Corrections

| Version | C/E-Req. Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 1.20 | | | 0102009601D003 | 1996-10-10 | Master Copy | Axime Services / CA France |
| 1.20 | | | 0102019610D006 | 1996-11-21 | Master Copy | Mr. Marc Combs |
| 1.20 | | | 0102019610D007 | 1996-11-21 | Master Copy | CA Brazil |
| 1.2.1 | EN120CE001 | | | 1996-04-11 | length of userexit messages | |
| 1.2.1 | EN120CE002 | | | 1996-05-17 | specification FUSER/FDIC/LIBRARY within processor | |
| 1.2.1 | EN120CE005 | | | 1996-05-17 | check at member selection if CCID was entered if CCID=REQUIRED | |
| 1.2.1 | EN120CE006 | | | 1996-05-17 | check if specification of INCLUDE XREF on ADD panel is correct | |
| 1.2.1 | EN120CE007 | | | 1996-05-17 | allow STOW instead of CAT as GENERATE action | |
| 1.2.1 | EN120CE009 | | | 1996-06-26 | allow startup of CA-Endevor without starting E/NAT and without issuing a message | |
| 1.2.1 | EN120CE010 | | | 1996-04-25 | allow maintenance of PREDICT-Ids longer than 10 characters | |
| 1.2.1 | EN120CE013 | | | 1996-04-25 | check at member selection if COMMENT was entered if COMMENT=REQUIRED is set for system | |
| 1.2.1 | EN120CE014 | | | 1996-05-03 | import/export functions for MCT | |
| 1.2.1 | EN120CE015 | | | 1996-05-03 | supply example on how to add MCT entries | |
| 1.2.1 | EN120CE017 | | | 1996-09-06 | show correct FUSER/FDIC if no TYPE was specified | |
| 1.2.1 | EN120CE020 | | | 1996-10-01 | do not reset NATURAL environment / offer a possibility to set the environment / path within processor / COMMAND NATURAL | |
| 1.2.1 | EN120CE021 | | | 1996-10-01 | when CA-Endevor aborts E/NAT allocations are not freed | |
| 1.2.1 | EN120CE023 | | | 1997-01-09 | show active systemfile on E/NAT parameter menu | |
| 1.2.1 | EN120CE025 | | | 1997-01-13 | SCL generation: specify TO not as option but for each element | |
| 1.2.1 | EN120CE029 | | | 1997-02-26 | example user exit 92 (messages) is incorrect | |
| 1.2.1 | EN120CE033 | | | 1997-04-04 | SCL generation: specify CCID not as option but for each element | |
| 1.2.1 | EN120CE035 | | | 1997-05-09 | Abort action if E/NAT gets an error during error handling | |
| 1.2.1 | EN120CE036 | | | 1997-05-15 | Allow prefixes other than *userid* for XXX.ENAT.DUMMY dataset | |
| 1.2.1 | | | | 1997-09-12 | PDA for userexits (EN9400P) corrected | |
| 1.2.1 | | | | | The definition of variables NDV-FROM-SYSTEM and NDV-TO-SYSTEM has been corrected. It was changed from length 1 to 8, the new format is now A8. Because of this, if migrating from E/NAT version 1.2, you need to recatalog all your existing routines using the parameter data area EN9400P. | |
| 1.2.1 | | | | | Support for PREDICT Documentation Objects<br>The following PREDICT objects are now supported in addition to Files with Fields and Verifications:<br>- object type DA Database<br>- object type KY Keywords<br>- object type MO Modules<br>- object type PR Programs<br>- object type RL Relationships<br>- object type RP Reports<br>- object type SY Systems<br>- object type US Users | |
| 1.2.1 | | | | 1997-09-12 | The Member Conversion Table | |

1

| Version | C/E-Req., Fix | Tape # | Serial # | Date | Description |
|---|---|---|---|---|---|
| | | | | | The main enhancement available with this version of E/NAT is the new *Member Conversion Table* (MCT). The MCT allows you to define a table with which it is possible to maintain PREDICT members within CA-Endevor with member ids longer than 10 characters (up to 32 characters). To maintain this table several new functions are available:<br>· Online functions for MCT maintenance<br>  · SELECT<br>  · DISPLAY<br>  · ADD / UPDATE<br>  · DELETE<br>  · UNLOCK<br>· Utility functions to export the contents of the MCT to an external dataset (for mass functions) and to later reimport this file back to E/NAT<br>  · UNLOAD<br>  · LOAD |
| 1.2.1 | | | | 1997-09-12 | To hold the MCT table the E/NAT system file was extended. |
| 1.2.1 | | | | 1997-09-12 | The MCT is in effect for all object types supported by E/NAT (NATURAL and PREDICT). |
| 1.2.1 | | | | 1997-09-12 | NATURAL COMMAND Handler<br>In addition to the statements GENERATE and DELETE the new COMMAND NATURAL statement is now available within processors. This feature allows you to execute any NATURAL command or program to execute additional functional logic e.g. during GENERATE of a NATURAL program. |
| 1.2.1 | | | | 1997-09-12 | Entry SET<br>E/NAT now provides an entry function to set the execution environment manually. This feature is helpful when executing your own programs within a processor within any environment or path defined to E/NAT. You may use CA-Endevor variables to do this in a very standardized way. The SET entry allows you to use CA-Endevor variables to set the execution environment to the FROM or TO environment/stage/system combination. Another feature is to set the execution environment to a specific E/NAT path. |
| 1.2.1 | | | | 1997-09-12 | E/NAT Documentation<br>The documentation has been restructured. Messages are now described in a separate Messages Manual. The chapters Messages have been removed from Users Manual and Administrators Manual. |
| 1.2.1 | | | | 1997-09-12 | E/NAT Messages<br>Long messages / help on messages are now available in English. |
| 1.2.1 | | | | 1997-09-12 | E/NAT Help<br>The help system has been completely revised. Help is now available in English. The help information is stored within SYSERR in libraries ENHLPFC and ENHLPFL. |
| 1.2.1 | | | | 1997-09-12 | E/NAT Parameters<br>On the selection menu the active physical NATURAL (E/NAT systemfile id) is displayed to help those users working with different ADABAS SVCs to determine in which environment they are working. The new option 6 has been added to enable maintenance for the new Member Conversion Table (MCT). |

2

| Version | C/E-Req., Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 1.2.1 | | | | 1997-09-12 | E/NAT Generate Action<br>Until this version of E/NAT the only action done within NATURAL during GENERATE of an executable NATURAL object was the CAT command. From now on the following options are available:<br>• option C CAT Catalog (as available until this version of E/NAT)<br>• option S SAVE Save (leaves source only with NEW timestamp)<br>• option WSTOW Save & Catalog (leaves source and object with NEW timestamp)<br>• option V CAT Copy & Catalog (leaves source with original timestamp / COPY and object with new timestamp / CAT)<br>This option can be defined on system wide level. You can now define, that in addition to the object timestamp a E/NAT generates the source either with the original timestamp of source (fast ADD / UPDATE) or a newly generated time stamp which is equal to the timestamp of the object). | |
| 1.2.1 | | | | 1997-09-12 | Using CA-Endevor without E/NAT<br>It is now possible to start CA-Endevor without E/NAT (and without starting NATURAL/TSO in the background). The procedure ENPRFX.ENATVV.ISRCLIB(ENDEVOR) should be used. | |
| 1.2.1 | | | | 1997-09-12 | Using E/NAT with other high level qualifiers than <userid> It is now possible to use E/NAT without any modifications in environments where the high level qualifier <userid> is not allowed. &ZPREFIX (instead of &SYSUID) is now used to build the dummy dataset. | |
| 2.1.0B2 | | | | 1997-08-14 | Master Copy | Chase / Mark Hooper |
| 2.1.0B1 | | 300731 | 02010097709E021 | 1997-08-25 | Master Copy | CA Brazil / Rafael Lima |
| 2.1.0 | | | | 1997-09-12 | Master Copy | Mrs. Terry Donovan |
| 2.1.0 | EN210CE043 | | | 1997-10-22 | provide a before E/NAT action user exit called after all internal settings are done | |
| 2.1.0 | EN210CE044 | | | 1997-10-22 | NAT0082 when invoking help. | |
| 2.1.0 | EN210CE045 | | | 1997-10-22 | sample user exit 92 has been corrected (wrong replacement of special characters during RETRIEVE) | |
| 2.1.0 | EN210CE046 | | | 1997-10-22 | provide a before E/NAT action user exit (see EN210CE043) | |
| 2.1.0 | EN210CE047 | | | 1997-10-22 | some panels referred to a file id instead of the E/NAT Id | |
| 2.1.0 | EN210CE048 | | | 1997-10-27 | ISPF SERVICE CALL NOT ALLOWED DURING EXIT INVOCATION, empty members after adding NATURAL elements –Early Warning EN210EW1 is included. | |
| 2.1.0 | EN210CE049 | | | 1997-10-28 | problems during invocation of PREDICT references to IEV90 have been replaced with ASMA90 | |
| 2.1.0 | EN210CE051 | | | 1997-11-10 | New user exit 02 / Before E/NAT action | |
| 2.1.0 | | | | 1997-12-30 | The new user exit 02 has been added to allow execution of before actions after all E/NAT settings are done. Sample EN9402X for details. | |
| 2.1.0 | | | | 1997-12-30 | New user exit 71 / Build PREDICT command string<br>This new user exit has been added to become more independent from new PREDICT releases. It allows to set additional options or to modify the default settings done by E/NAT. Several settings of the NATURAL environment are passed to these user exits to allow coding independent from NATURAL settings like Input Delimiter (ID), Input Assign Character (IA) and others. Detailed version information for NATURAL and PREDICT is also passed. | |
| 2.1.0 | | | | 1997-12-30 | New user exit 72 / Invoke PREDICT for command execution | |

| Version | C/E-Req., Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 2.1.0 | | | | 1997-12-30 | User exit 72 is called after user exit 71 but before PREDICT (SYSDIC or SYSDICBE) is invoked. This is useful to adapt the way the NATURAL stack is built in case future (even beta) release work different from the current releases. | |
| 2.1.0 | | | | 1997-12-30 | Usage of ESIZE during GENERATE has be minimized Until this version of E/NAT the Global Data Area used by E/NAT was active during GENERATE of a NATURAL source. This sometimes caused problems. During GENERATE E/NAT releases it's own GDA during execution of CAT, STOW or SAVE commands. This means that about all of NATURAL's ESIZE is available during GENERATE now. | |
| 2.1.0 | | | | 1997-12-30 | New utility ENIFIX The new utility ENIFIX is shipped with E/NAT. It allows applying fixes to E/NAT's NATURAL modules by shipment via e-mail or using a diskette. In addition it is possible to download and apply corrections for E/NAT's NATURAL objects via our Web site and file transfer to your mainframe. In case you need to apply a fix, transfer if from PC to mainframe using FTP or any other tool. Use this dataset as input for the ENIFIX utility. It must be defined as FB with a LRECL of 253 bytes. Simply execute a NATURAL batch job and execute the module ENIFIX located in library EN. The input dataset must be allocated as work file 1 (CMWKF01). | Mrs. Terry Donovan |
| 2.1.1 | | 300349 | 0201019712E022 | 1997-12-30 | Master Copy | |
| 2.1.1 | | | | 1997-01-13 | Increase length of source lines transferred to CA-Endevor. | |
| 2.1.1 | EN120CE026 | | | 1998-03-11 | Add note in Inst. Manual: Min. TSO region size is 6 MB. | |
| 2.1.1 | EN211CE064 | | | 1998-04-03 | ENENTRY and corresponding modules not on installation tape. | |
| 2.1.1 | EN211CE066 | | | 1998-04-03 | Map source is backed out by CATMAP. | |
| 2.1.1 | EN211CE068 | | | 1998-04-03 | Allow execution in NATURAL 2.2 and NATURAL 2.3 environments without the need to apply a special fix. | |
| 2.1.1 | EN211CE069 | | | 1998-04-03 | Allow specification of a HLQ different from userid used to build the FROM DSN. | |
| 2.1.1 | EN211CE070 | | | 1998-07-07 | Retrieve processing is not stopped in case of CA-Endevor RC > 0. | |
| 2.1.1 | EN210CE072 | | | 1998-06-28 | ENIFIX utility does not work with large objects. | |
| 2.1.1 | EN211CE073 | | | 1998-07-30 | Provide an AFTER-LOGON user exit. | |
| 2.1.1 | EN211CE074 | | | 1998-08-24 | New user exit 94 / After Logon The new user exit 94 has been added to allow execution of user defined code after a LOGON to a new library was done. Sample EN9494X. | |
| 2.1.1 | | | | 1998-08-24 | New parameter HLQ in ENDEFPS macro Until E/NAT 2.1.1 workfile names in E/NAT are built using the USERID as the high level qualifier. Installations which want to use a different high level qualifier, may now do so by specifying it with the HLQ parameter. The name entered here is added as high level qualifier in front of DSNAMEs built for E/NAT workfiles, before the userid, which is then the second level qualifier. | |
| 2.1.1 | | | | 1998-08-24 | Switching FUSER/FDIC improved The switching between the NATURAL/PREDICT system files has been improved. Switch is now done immediately after execution of a LOGON problems caused by NATURAL Security. Switch is now done immediately after execution of a LOGON command and success is automatically verified. | |

4

| Version | C/E-Req., Fix | Tape # | Serial # | Date | Description | To CA Brazil / C.Freitas Mr. Peter McCollough |
|---|---|---|---|---|---|---|
| 2.1.2 | | 300325 | 02010298085028 | 1998-08-24 | Master Copy | |
| 2.1.2 | | 300326 | 02010298085029 | 1998-08-24 | Master Copy | |
| 2.1.2 | | | | 1998-03-26 | Documentation updated: Administrator's Manual erroneously referred to PREDICT types PA/ST. | |
| 2.1.2 | EN211CE065 | | | 1998-09-30 | ADACMP and ADADBS22 definitions were incorrect for fields TC, TD, TE, TF. | |
| 2.1.2 | EN212CE076 | | | 1998-11-30 | Support for PREDICT 3.4 in Foreground. Allocation of work files corrected to support NATURAL 2.3; user exit 71 (EN9471X) updated to support PREDICT 3.4.1 in Foreground. Necessary to apply a PREDICT fix which is provided by Software AG. Currently it is not possible to execute actions for PREDICT objects in batch. | |
| 2.1.2 | EN212CE078 | | | | | |
| 2.1.2 | EN212CE079 | | | 1998-11-30 | Shorten body of E/NAT message I0031 to show the full text of CAT/STOW errors. | |
| 2.1.2 | EN212CE080 | | | 1998-12-01 | NAT0068 when invoking ENENTRY | |
| 2.1.2 | EN212CE081 | | | 1998-12-01 | Impossible to invoke COMMAND NATURAL twice in a step as long as no GENERATE/DELETE was coded | |
| 2.1.2 | EN212CE082 | | | 1998-12-01 | NAT0979 in EN1014L / USR0210 in case NATURAL version 2.2.8+ or later is used (specification of library in NATURAL Security environments not allowed even if equal active library) | |
| 2.1.2 | EN212CE083 | | | 1998-12-21 | Help routine did not show "No help available" in case no help text exists. | |
| 2.1.2 | EN212CE084 | | | 1998-12-21 | MCT Maintenance Menu did not allow to press PF-Key END or MENU as long as no valid selection code was entered | |
| 2.1.2 | | | | 1998-12-30 | E/NAT TP Interface The new TP Interface has been added to E/NAT. Updates to Installation Manual, Administrator's Manual and User's Manual. | |
| 2.1.2 | | | | 1998-12-30 | E/NAT Documentation This version of E/NAT is shipped with a full set of updated documentation. | Mr. Peter McCollough |
| 2.1.2 | | | 02020098125035 | 1998-12-30 | Master Copy | |
| 2.2.0 | EN120CE027 | | | 1997-01-13 | Start E/NAT using ETID=' ' instead of userid & 'B' / 'T'. | |
| 2.2.0 | EN220CE085 | | | 1999-02-06 | Prevent from allocation error in case optional CA-Endevor PTF PC01565 is installed. | |
| 2.2.0 | EN220CE087 | | | 1999-05-04 | Error NAT1117 when invoking TPI (map EN0000D was missing). | |
| 2.2.0 | EN220CE088 | | | 1999-05-20 | TPI generated incorrect SCL for stage number 2. | |
| 2.2.0 | EN220CE089 | | | 1999-05-21 | TPI does not pass the COMMENT into SCL (GENERATE). | |
| 2.2.0 | EN220CE091 | | | 1999-06-18 | Provide a way to pass JCL cards to other routines than NATRJE. | |
| 2.2.0 | EN220CE092 | | | 1999-06-08 | TPI recognizes the first 40 ENV/STG/SYS combinations only when validating the entries in map fields. | |
| 2.2.0 | EN220CE094 | | | 1999-08-02 | HLQ parameter did not work with RETRIEVE action. | |
| 2.2.0 | EN220CE095 | | | 1999-08-02 | PREDICT 3.4 cannot be used in batch | |
| 2.2.0 | EN220CE096 | | | 1999-08-0 | Typo in Installation Manual / Worksheets corrected (UNA). | |
| 2.2.0 | EN220CE097 | | | 1999-08-02 | Variable name FORMAT caused NAT0473 in case NATURAL parameter KC was set to ON. | |
| 2.2.0 | EN220CE098 | | | 1999-08-02 | RC handling was incorrect in ENTPJCL. | |
| 2.2.0 | EN220CE099 | | | 1999-08-02 | Add note in ENTPJCL / last step: Parameter TF required. | |
| 2.2.0 | EN220CE101 | | | 1999-08-02 | TPI / Delete Job worked incorrect and afterwards it was not possible to view the next job. | |
| 2.2.0 | EN220CE103 | | | 1999-08-02 | Typo on the adapted Environment panel corrected. | |
| 2.2.0 | EN220CE107 | | | 1999-08-02 | Parameter XI7BAT=YES added in BC1JXITS to invoke backout processing for batch packages by | |

5

| Version | C/E-Req. Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 2.2.0 | EN220CE108 | | | 1999-08-02 | EN9472X now replaces variable #$vvv$# and #$VVV$# to prevent from problems with lower to upper case translation in NATURAL editor. | |
| 2.2.0 | EN220CE110 | | | 1999-08-02 | Show literal "Stage Number" instead of "Stage" on TPI maps. | |
| 2.2.0 | EN220CE113 | | | 1999-08-05 | Enhance description of library usage in Installation Manual and describe what needs to be APF authorized. | |
| 2.2.0 | EN220CE114 | | | 1999-08-05 | String "INTERFACE" replaced with "E/NAT". | |
| 2.2.0 | EN220CE119 | | | 1999-08-05 | ENTPJCL completely revised, several problems corrected. | |
| 2.2.0 | EN220CE120 | | | 1999-08-02 | Texts for NATURAL RJE return codes corrected. | |
| 2.2.0 | EN220CE122 | | | 1999-09-06 | Introduce a new variable in ENTPJCL for DD STEPLIB. | |
| 2.2.0 | EN220CE123 | | | 1999-09-06 | Allow setting of Generate Action on TPI NATURAL map. | |
| 2.2.0 | EN220CE125 | | | 1999-09-28 | NAT3145 when working with PREDICT members for which a MCT entry exists. | |
| 2.2.0 | | | | 1999-10-08 | EN9309Z delivered as source | |
| 2.2.0 | | | | 1999-10-08 | The module EN9309Z in library EN is now delivered in source format. Allows users to invoke other routines than NATRJE to submit jobs or to adapt the way NATRJE is invoked. | Mr. Peter McCollough |
| | | | 020201991 0ED40 | 1999-10-08 | Master Copy | |
| 2.2.1 | | 313107 | | 1999-10-20 | Only the first 40 entries in ENVIRONMENT/STAGE/SYSTEM table are recognized when using TPI. | |
| 2.2.1 | EN220CE126 | | | 1999-10-20 | Replaces fix for EN220CE092! | |
| 2.2.1 | EN220CE127 | | | 1999-10-30 | Stage number is not validated, no selection list is shown for TPI MOVE and DELETE actions; t0902 "Invalid Action" with TPI GENERATE, MOVE and DELETE actions when 1) ENTER and then 2) PF3 is pressed. | |
| 2.2.1 | EN221CE134 | | | 2000-02-01 | In case of CAT/STOW errors during GENERATE, E/NAT does not show the variable parts of error messages. | |
| 2.2.1 | EN221CE135 | | | 2000-02-08 | PREDICT commands in batch do not work in case the PREDICT ID is longer than 22 characters. With PREDICT 3.4.1 the result is a "CATASTROPHIC ERROR" 1106 ("Data string for input field too long.") in line 0940 of program BATOB1. | |
| 2.2.1 | EN212CE136 | | | 2000-02-11 | Impossible to perform actions on PREDICT objects of types other than Fl. | |
| 2.2.1 | EN212CE138 | | | 2000-01-19 | NAT1512 in EN9801M with NATURAL 2.3.4 and NATURAL 3.1.2 | |
| 2.2.1 | EN21CE139 | | | 2000-04-13 | When executing a LOGON command within a COMMAND NATURAL in a processor, E/NAT loops. | |
| 2.2.1 | EN221CE140 | | | 2000-06-26 | When pressing PF12 on the E/NAT TPI ADD panel, E/NAT goes back to the CA-Endevor actions selection menu instead of showing the TYPE selection menu. | |
| 2.2.1 | EN221CE141 | | | 2000-07-03 | NAT0886 during Generate of large source even if ESIZE>96 specified in NATURAL parameter module. | |
| 2.2.1 | EN221CE147 | | | 2000-07-03 | The entry of a generic TYPE ("X*") on the TPI ADD panel shows a TYPE selection list, no chance to do a generic specification (e.g. NAT*). | |
| 2.2.1 | EN221CE149 | | | 2000-07-03 | Show a popup window in case the JCL/SCL was submitted. | |
| 2.2.1 | EN221CE160 | | | 2000-08-15 | When ADDing via TPI, the default value of FROM MEMBER is "*". This could cause that all members are added when DISPLAY LIST is set to "N" even if one specific ELEMENT was entered. | |
| 2.2.1 | EN221CE163 | | | 2000-08-15 | The entry of a stage number on the TPI GENERATE panel is not recognized. | |
| 2.2.1 | EN221CE166 | | | 2000-11-26 | Backout/Backin actions sometimes fail with error code I0612. | |

6

| Version | C/E-Reg.,Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 2.2.1 | EN221CE169 | | | 2001-04-01 | Abend 0C1 when CONAPI step is included in the E/NAT processor | |
| 2.2.1 | EN221CE170 | | | 2001-05-30 | Entry of valid characters for element names not verified with ADD action when user is prompted to enter a short element name | |
| 2.2.1 | EN221CE171 | | | 2001-06-21 | ADABAS RC 048 when executing multiple batch actions | |
| 2.2.1 | EN221CE175 | | | 2001-09-21 | Allow definition of FUSER/FDIC file numbers >255 | |
| 2.2.1 | EN221CE176 | | | 2001-09-28 | BSTPPARS: E004 INVALID COMMAND WORDING in case CCID contains blanks | |
| 2.2.1 | EN221CE177 | | | 2001-09-21 | Avoid that user overwrites COMMENT in case CCID is required when the corresponding prompt appears (RETRIEVE action) | |
| 2.2.1 | EN221CE180 | | | 2001-12-06 | Several problems with MCT member selection list corrected | |
| 2.2.1 | EN221CE181 | | | 2002-05-29 | FDIC setting not recognized with NATURAL 3.x. Reason: NATURAL now resets the FDIC setting to the initial values each time a LOGON is executed. Source change in EN9471X. | |
| 2.2.1 | EN221CE193 | | | 2002-07-26 | User RC 7101 from Userexit 71 during RETRIEVE of a PREDICT verification. | |
| 2.2.1 | EN221CE197 | | | 2003-01-29 | Updates required to use E/NAT 2.2.1 together with AllFusion Endevor Release 4.0. | |
| 2.2.1 | EN221CE200 | | | 2004-08-02 | NAT1308 in EN9200M in case of long variable message parts (e.g. DDM-Name) | |
| 2.2.1 | EN221CE201 | | | 2004-10-27 | E/NAT does not process PREDICT 4.3.x objects | |
| 2.2.1 | EN221CE202 | | | 2004-10-28 | Endevor 4.0 SP2: A SET STOPRC field was added to panels. Update for E/NAT panels. | |
| 2.2.1 | EN221CE203 | | | 2004-10-157 | Package processing for SYSERR message texts fails with I0664 (inconsistency) in case the error texts are very long. | |
| 2.2.1 | EN221CE204 | | | 2005-04-22 | Not possible to leave field level help display when browsing all map fields after help was invoked using PF1. | |
| 2.2.1 | EN221CE206 | | | 2006-02-12 | Enable E/NAT Parameter Definition function 4.N when GLOBAL TYPE SEQUENCING is enabled with Endevor r7. | |
| 2.2.1 | EN221CE207 | | | 2006-03-20 | Check for duplicate and non-existent entries in TYPE definition function 4.N.1. | |
| 2.2.1 | EN221CE208 | | | 2006-03-22 | Increased limit of source line length for NATURAL 4 for all NATURAL programming objects. | |
| 2.2.1 | EN221CE209 | | | 2008-03-22 | Use UNCAT command to delete an existing object in target environment prior to CAT command to prevent from NAT0082 at execution time with NATURAL 4 when object is an external subroutine and still exists in a different (step) library. | |
| 2.2.1 | | | | 2006-05-03 | Long PREDICT member names (>10 chars) are truncated in case option Include PREDICT XREF is set to "F" on ADD panel. Resulting in I0906 message. | |
| 2.2.1 | EN221CE210 | | | 2006-09-26 | It was possible to add duplicate Element names for the same member name to the MCT (Member Conversion Table). | |
| 2.2.1 | EN221CE211 | | | 2007-03-15 | Due to the requirements of NATURAL 4.2, all references to the old INPL and NATLOAD/NATUNLD utilities have been adapted (new SYSOBJH, NATURAL Object Handler) | |
| 2.2.1 | | | | 2007-03-15 | The list of NATURAL user exit routines required by E/NAT has changed with NATURAL 3 and 4. The description has been updated for NATURAL 4. | |
| 2.2.1 | | | | 2007-03-15 | Several panels have been adapted to Endevor r7 requirements. | |
| 2.2.1 | | | | 2007-03-15 | The installation has been adapted. | |

7

| Version | C/E-Req., Fix | Tape # | Serial # | Date | Description | To |
|---|---|---|---|---|---|---|
| 2.2.1 | | | | 2007-03-15 | E/NAT 2.2.2 is a Maintenance Release to support NATURAL 4.2 | |
| 2.2.1 | | | | 2007-03-15 | With this release of E/NAT, all documentation is available as PDF documents via the E/NAT support area on the Internet. | |
| 2.2.2 | | | 202020701E102 | 2007-03-15 | Master Copy (cat with NATURAL 4.2) | Adam T. Bernstein |
| 2.2.2 | | 301001 | 202020703E102 | 2007-03-29 | Master Copy (cat with NATURAL 4.1) | Adam T. Bernstein |

8