Exhibit F

Case 2:06-cv-03921-JS -ETB   Document 110-6   Filed 11/15/10   Page 1 of 10

COPY

1

1

2

3  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
4  ------------------------------------x

5  ATLANTIS INFORMATION TECHNOLOGY, GmbH,

6              Plaintiff,

7                                    Case No.
        - against -                  06-CV-3921
8                                    (ADS)(WDW)

9  CA, INC.,
             Defendant.
10
   ------------------------------------x
11
                                January 24, 2008
12                              10:05 a.m.

13

14

15

16

17  DEPOSITION of ALEXANDER GAUGLER, taken by

18  Defendant pursuant to Notice, held at the

19  offices of Foley & Lardner LLP, 90 Park

20  Avenue, New York, NY 10016-1314, before

21  Donna A. Metz, a Registered Professional

22  Reporter and Notary Public in and for the

23  State of New York.

24

25

```
                                                              2
 1

 2  A P P E A R A N C E S:

 3
        COWAN, LIEBOWITZ & LATMAN, P.C.
 4      Attorneys for Plaintiff
             1133 Avenue of the Americas
 5           New York, New York 10036-6799

 6      By:  J. CHRISTOPHER JENSEN, ESQ.,
             of Counsel
 7

 8

 9      FOLEY & LARDNER LLP
        Attorneys for Defendant
10           321 North Clark Street
             Suite 2800
11           Chicago, Illinois 60610-4764

12      By:  JOHN F. ZABRISKIE, ESQ.,
             of Counsel
13

14  A L S O   P R E S E N T:

15      ADAM BERNSTEIN, ESQ.
        Senior Counsel
16           CA, Inc.
             One CA Plaza
17           Islandia, New York 11749

18

19      DR. MEINHARD ERBEN
        Neuenheimer Landstr. 36
20      D-69120 Heidelberg, Germany

21

22      SIGRID JUNKERMANN
        English-German Interprerter
23      Scientific Interpreting
        (212) 397-0298
24

25
```

S T I P U L A T I O N S:

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties hereto that sealing and filing of the within deposition be and the same are hereby waived; and that the transcript may be signed before any Notary Public with the same force and effect as if signed before the Court.

      IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of trial.

o 0 o

4

SIGRID JUNKERMANN,
    the English-German Interpreter, having
    been duly sworn by the Notary Public
    (Donna A. Metz), interpreted portions
    of the proceedings as indicated herein:
ALEXANDER GAUGLER,
    having been first duly sworn by the
    Notary Public (Donna A. Metz), was
    examined and testified in English and
    in German through the English-German
    Interpreter as follows:
EXAMINATION
BY MR. ZABRISKIE:
    Q.   Mr. Gaugler, my name is John
Zabriskie and I represent CA, Inc. in this
matter.
        I will be asking you questions
today.  If at any time you don't understand
any of my questions, please tell me that and I
will try to clarify them for you.
        In addition, as you know, we have
an Interpreter here, and I am just going to
state for the record the arrangements

93

Alexander Gaugler

1
2  Q.  I was asking, what were the big
3  improvements planned for release 3.0?
4  A.  Well, one was to get a final
5  structure that becomes independent from the
6  database.
7       Another one was to remove some
8  limits in our table definitions.
9       And another one was package shipment
10 using utility only.
11      MR. BERNSTEIN:  Loading?
12      THE INTERPRETER:  Only.
13 Q.  What is the current status of
14 release 3.0?
15 A.  We have stopped it.
16 Q.  When did you stop it?
17 A.  Again, between 2002 and '03, I
18 think.
19 Q.  Why did you stop it?
20 A.  Well, because of the problems with
21 CA.
22 Q.  What do you mean the problems at
23 CA?  Do you mean the disputes with CA over
24 payment of royalties?
25 A.  Yes.

```
                                                     99
1                Alexander Gaugler
2  you had stopped development sometime in 2002
3  and 2003 on release 3.0; correct?
4          MR. JENSEN:  Objection, but you may
5      answer.
6      A.   Yes, correct.
7      Q.   Well, then, why did you tell
8  Mr. McGarry in this e-mail that, you say, "I
9  know, it looks like we aren't doing further
10 development, but that's not the reality"?
11         Why did you tell him that if in fact
12 you had stopped work on release 3.0?
13     A.   You asked me for the date when we
14 have stopped and I told you it was 2002, about
15 2002, 2003.
16         I do not remember telling you when
17 exactly it was, so it might be that it was
18 later.  I do not recall.
19         I have to look up my notes.  Maybe I
20 find out the exact date.
21     Q.   What notes would you look at?
22     A.   Pardon?
23     Q.   What notes would you look at to
24 determine the exact date that you stopped
25 development on release 3.0?
```

                                                              100
                        Alexander Gaugler
   A.    Maybe I have a communication with
Peter Greissl.
         MR. ZABRISKIE:  Okay.  I am going to
   ask that you first of all do that, look
   at your e-mails or your notes, whatever
   communication with Greissl, and then I am
   going to ask that that be produced.
         MR. JENSEN:  We will take it under
   advisement.
         MR. ZABRISKIE:  Okay.  Let's break.
   I have 1:40.  What time do you want
   to try to --
         MR. JENSEN:  Whatever you want.
         (Whereupon, a discussion was held
   off the record.)
         (A luncheon recess was at 1:40 p.m.)

Page 179

1  Alexander Gaugler

4  A C K N O W L E D G M E N T

9   I, ALEXANDER GAUGLER, hereby
10  certify that I have read the transcript
11  of my testimony taken under oath on the
12  24th day of January, 2008, that the
13  transcript is a true, complete and
14  correct record of what was asked,
15  answered, and said during the deposition,
16  and that the answers on the record as
17  given by me are true and correct.

_____
ALEXANDER GAUGLER

Signed and subscribed to before me
this    day of *March 27*, 2008.

Notary Public

183

E R R A T A   S H E E T

CASE NAME: ATLANTIS INFORMATION vs CA, INC.
DEPOSITION DATE: January 24, 2008
NAME OF WITNESS: ALEXANDER GAUGLER

C H A N G E S

| PAGE | LINE | FROM | TO |
|---|---|---|---|
| 6 | 12 | Ben | Ron |
| 14 | 24 | for technology | for information technology |
| 25 | 18 | Gehe Ag | GEHE AG |
| 32 | 17 | Natural Endevor | Natural and Endevor |
| 34 | 13 | They were interested | They weren't interested |
| 126 | 21 | Ross | Ed Ross |
| 133 | 22 | the | in the |
| 135 | 10 | as | a |
| 136 | 4 | cope | copy |
| 147 | 21 | manufacture | manufacturer |
| 147 | 21 | or time | or type |
| 157 | 10 | that's | there's |
| 159 | 13 | cost | column |
| 171 | 22 | ENDVNL | ENDVNA |

ALEXANDER GAUGLER

Subscribed and sworn to before me
this ___ day of _____, 2008.

(Notary Public)          (commission expires)

I hereby declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Dated: *March 27, 2008*

Alexander Gaugler

VERITEXT CORPORATE SERVICES (800) 567-8658