J. Christopher Jensen (jcj@cll.com)
Jonathan Z. King (jzk@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue Of The Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff
ATLANTIS INFORMATION TECHNOLOGY, GmbH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ATLANTIS INFORMATION TECHNOLOGY,
GmbH

                Plaintiff,

     -against-

CA, INC.

                Defendant.

Civil Action No.
06-CV-3921(JS)(WDW)

**NOTICE OF MOTION**

*Oral Argument Requested*

------------------------------------------------------------ x

      PLEASE TAKE NOTICE that, upon the accompanying Rule 56.1 Statement of

Undisputed Material Facts, Declarations of J. Christopher Jensen and Alexander Gaugler, and

the exhibits thereto, and Memorandum of Law, and all of the prior pleadings and proceedings in

this action, Plaintiff Atlantis Information Technology, GmbH ("Atlantis") hereby moves this

Court, before the Hon. Joanna Seybert, United States District Judge, Eastern District of New

York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for an

order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Atlantis partial

summary judgment on the issue of liability on Atlantis's claim for breach of contract against

Defendant CA, Inc.

Dated: New York, New York
      November 15, 2010

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____ /s/ J. Christopher Jensen _____
        J. Christopher Jensen (jcj@cll.com)
        Jonathan Z. King (jzk@cll.com)
        Eric J. Shimanoff (ejs@cll.com)
1133 Avenue Of The Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff ATLANTIS
INFORMATION TECHNOLOGY, GmbH

To:    Michael D. Schissel, Esq.
      Pamela A. Miller, Esq.
      Arnold & Porter LLP
      399 Park Avenue
      New York, NY 10022-4690

      John P. McEntee, Esq.
      Farrell Fritz, P.C.
      EAB Plaza
      West Tower-14th Floor
      Uniondale, NY 11556-0120

      *Attorneys for Defendant CA Inc.*