UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATLANTIS INFORMATION
TECHNOLOGY, GmbH,

      Plaintiff-Counterclaim Defendant,

          v.

CA, INC.,

      Defendant-Counterclaim Plaintiff.

Civil Action No.
06-CV-3921 (JS) (ETB)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in

Support of CA, Inc.'s Motion for Partial Summary Judgment, the accompanying

Supplemental Declaration of Michael D. Schissel in Support of CA, Inc.'s Motion for

Partial Summary Judgment and the exhibits attached thereto, Defendant CA, Inc.'s Rule

56.1 Statement of Undisputed Material Facts, the accompanying Declaration of Michael

D. Schissel in Support of Defendant's Motion for Partial Summary Judgment on

Plaintiff's Claim for Breach of Contract and the exhibits attached thereto, Defendant CA,

Inc. will move this Court before the Honorable Joanna Seybert on a date and time to be

designated by the Court, in the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, NY 11201, for an order of partial summary judgment pursuant to Fed. R. Civ.

P. 56(c)(2).

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument of this motion.

Dated:  November 15, 2010.                    **ARNOLD & PORTER LLP**


By:   /s/ Michael D. Schissel
Michael D. Schissel
Pamela A. Miller
399 Park Avenue
New York, NY  10022
(212) 715-1000

John P. McEntee
FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York  11556-1320
Tel:  (516) 227-0700
Fax:  (516) 227-0777

*Attorneys for Defendant CA, Inc.*


To:  Counsel for Plaintiff Atlantis GmbH (via ECF)