UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATLANTIS INFORMATION
TECHNOLOGY, GmbH,

                          Plaintiff,

             v.

CA, INC.

                          Defendant.

Civil Action No.
06-CV-3921 (JS-WDW)

### DECLARATION OF MICHAEL D. SCHISSEL IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR BREACH OF CONTRACT

I, MICHAEL D. SCHISSEL, declare under penalty of perjury:

1.    I am a member of Arnold & Porter LLP, attorneys for defendant CA, Inc. ("CA") in the above-captioned action.  This declaration is respectfully submitted in support of CA's Motion for Partial Summary Judgment on Plaintiff's Claim for Breach of Contract.

2.    Attached as Exhibit A is a true and correct copy of the Software License Agreement between Computer Associates International, Inc. and Atlantis GmbH, dated February 28, 1997. This document was produced by Atlantis in the present litigation and bears Bates range A 021190 - A 021204.

3.    Attached as Exhibit B is a true and correct copy of the Settlement Agreement between Atlantis and Computer Associates International, Inc., dated December 10, 2004.  This document was produced by CA in the present litigation and bears Bates range CA00007056 - CA00007068.

4.    Attached as Exhibit C is a true and correct copy of the Third Amendment to the Software Agreement between Atlantis and Computer Associates International, Inc., dated December 9, 2004.  This document was produced by CA in the present litigation and bears Bates range CA00000688 - CA00000692.

5.    Attached as Exhibit D is a true and correct copy of the transcript of the deposition of Alexander Arato, dated March 13, 2008.

6.    Attached as Exhibit E is a true and correct copy of the transcript of the deposition of Dr. Meinhard Erben, dated February 13, 2008.

7.    Attached as Exhibit F is a true and correct copy of the transcript of the deposition of Dr. Steven Kursh, dated June 25, 2009.

8.    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          September 1, 2010

_____
                          Michael D. Schissel