UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
ATLANTIS INFORMATION
TECHNOLOGY, GmbH,

                         Plaintiff,

            v.

CA, INC.,

                        Defendants.
---------------------------------x

Index No. 06-CV-3921 (JS)(ETB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kevin P. Mulry of Farrell Fritz, P.C., 1320 RXR Plaza, Uniondale, New York 11556 hereby appears in this action as co-counsel for Defendant in this action and demands that service of all papers and notice of all proceedings be given to the undersigned.

Dated: Uniondale, New York
       November 16, 2010

                                     FARRELL FRITZ, P.C.
                                     *Attorneys for Defendant,*
                                     *CA, Inc.*
                By:

                                     s/ Kevin P. Mulry
                                     1320 RexCorp Plaza
                                     Uniondale, New York 11556
                                     (516) 227-0700

TO:

    J. Christopher Jensen
    Jonathan Z. King
    Eric J. Shimanoff
    COWAN, LIEBOWITZ & LATMAN, P.C.
    1133 Avenue of the Americas
    New York, NY 10036-6799
    (212) 790-9200
    *Attorneys for Plaintiff*
      *ATLANTIS INFORMATION TECHNOLOGY, GmbH*

Michael D. Schissell, Esq.
Pamela A. Miller, Esq.
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
*Attorneys for Defendant CA, Inc.*