```
                                                            Page 1
 1
 2
 3    UNITED STATES DISTRICT COURT
 4    EASTERN DISTRICT OF NEW YORK
      ----------------------------------------X
 5    ATLANTIS INFORMATION TECHNOLOGY, GmbH,,
 6                    Plaintiff,
 7         - against -            Docket No. 06-CV-3921
                                              (ADS-WDW)
 8
      CA, INC.,
 9
10                    Defendant.
      ----------------------------------------X
11
12            DEPOSITION OF JOHN DUECKMAN, taken by
13    Plaintiff, pursuant to Notice, at the offices of
14    Farrell Fritz, PC, 1320 Reckson Plaza, Uniondale,
15    New York, on Tuesday, July 29, 2008, commencing at
16    9:38 a.m., before Chandra D. Brown, a Registered
17    Professional Reporter and Notary Public within and
18    for the State of New York.
19
20
21
22
23
24
25
```

Page 46

1        J. Dueckman
2   software for development purposes only.
3   Because E/NAT was based on that, it restricted
4   or precluded our ability to demonstrate that.
5   Software AG says you can that environment, you
6   can have that software, but for development
7   purposes, because it competes with CA products.
8   BY MR. KING:
9      Q   So restrictions in your arrangement with
10  software AG, which owns NATURAL, would preclude you
11  from demo'ing it in a certain --
12     A   On CA machines.
13         MR. McENTEE: That was the restriction he
14  was referring to.
15         MR. KING: I understand.
16     Q   That's consistent with what you said
17  before.
18         That's because software would be licensed
19  for use on designated machines?
20         MR. McENTEE: No. It's for the purpose --
21  internal development purposes, not --
22         MR. KING: Let me get the witness'
23  testimony.
24     A   For development purposes.
25     Q   Instead of running it on a different -- on
    TSG Reporting - Worldwide   (877) 702-9580

Page 47

1        J. Dueckman
2   a different machine would be a purpose other than a
3   development purpose?
4      A   Correct.
5          MR. McENTEE: Well, it's not running on a
6   different machine. It's not a different
7   machine. It's a CA machine. You just can't
8   demonstrate it. That's the point.
9      Q   You can use the software solely for
10  purposes of development, but you can't demonstrate
11  it even if it's on a CA machine?
12     A   Correct. As I understand.
13     Q   Did E/NAT have the same restriction; do
14  you know?
15     A   E/NAT was based on the software AG
16  environment. So it carried with it the restriction.
17         MR. McENTEE: Do you know that for a fact.
18         THE WITNESS: That's it's based on the
19  software --
20         MR. McENTEE: No. No. No.
21         There's restrictions on whether it could
22  be demo'ed or not.
23     Q   I understood that you were saying that
24  E/NAT couldn't be shown without also running a copy
25  of NATURAL. So whatever --
    TSG Reporting - Worldwide   (877) 702-9580

Page 48

1        J. Dueckman
2      A   That is correct.
3      Q   However NATURAL was restricted a the
4   logistical, practical matter, restricted how you
5   could use E/NAT?
6      A   That is correct.
7      Q   You weren't saying you knew that E/NAT
8   actually had a contractual restriction that
9   prevented it from being run on those machines,
10  correct?
11     A   That is correct.
12     Q   Can you tell me in general terms what the
13  ENDEVOR program does?
14     A   ENDEVOR product is categorized as a
15  software-changing configuration management software.
16  The product allows a site to create processes,
17  controls around the development of software for the
18  main frame and then the promotion through what are
19  referred to as life cycle stages, ultimately running
20  into a production environment.
21     Q   The first part of your answer you said
22  that it's a changing configuration management
23  software that allows a site to do certain things.
24         What do you mean by "a site"?
25     A   My definition of a site would be typically
    TSG Reporting - Worldwide   (877) 702-9580

Page 49

1        J. Dueckman
2   a company. So an example would be I used to work at
3   a site called BC Tel. I used to work at a site
4   called Canadian Airlines or Canadian Pacific
5   Airlines.
6      Q   So you're not using site to mean
7   geographic location?
8          You could have, for example, a company
9   that has remote geographic locations. Would each of
10  those locations be a site within the meaning of your
11  definition?
12     A   My definition of a site in the context of
13  what I was just talking about was an instance of
14  that, but there would be nothing to preclude a
15  company from having multiple sites.
16     Q   Multiple geographic sites?
17     A   Typically, yes.
18     Q   Could you have multiple sites at one
19  geographic location within a company?
20         MR. McENTEE: I'm not sure if it's within
21  the 30(b)(6).
22         Are you asking his personal opinion or his
23  official position?
24         That's not a topic he's been designated
25  on.
    TSG Reporting - Worldwide   (877) 702-9580

---

Page 50

1      J. Dueckman
2           MR. KING: I'm asking what the word means.
3           MR. McENTEE: He's designated on specific
4      topics. Okay. If you're asking him just what
5      his personal understanding is, that's one
6      thing. If you're asking what CA's official
7      position is, that's another issue.
8           MR. KING: If I'm asking him a question
9      that you contend falls outside the 30(b)(6)
10     designation, then I understand that he has --
11     he is not -- you haven't designated him to
12     speak on CA's behalf on that issue. I'm asking
13     for his understanding.
14          MR. McENTEE: His personal understanding?
15          MR. KING: Yes.
16          MR. McENTEE: That's fine.
17  BY MR. KING:
18     Q   Do you remember what the question is at
19  this point?
20     A   Yes.
21          My definition is typically a geographic
22  site or -- sorry -- a geographic location is a site.
23  That's generally how I treat it.
24     Q   Okay.
25          Once again, I'll ask you to indulge my

TSG Reporting - Worldwide      (877) 702-9580

---

Page 51

1      J. Dueckman
2   ignorance about software. I'm going to try to
3   paraphrase what you said. You tell me if I'm
4   accurate.
5          ENDEVOR essentially helps track changes or
6   milestones or events in the software development
7   process and keeps track of those events.
8          Is that accurate?
9          MR. McENTEE: Among other things.
10     A   Yes.
11         MR. KING: You got to let him answer
12     though. If you're going to assert an objection
13     it's okay. This sort of narrative objection is
14     a little bit obstructive.
15         MR. McENTEE: He gave you a long list of
16     things. You are narrowing it to one thing.
17         MR. KING: Then I think your appropriate
18     response is objection, but --
19         MR. McENTEE: We could be here all day
20     with that. I think that was appropriate.
21         MR. KING: Okay.
22  BY MR. KING:
23     Q   Is that one of its key functions, what
24  I've just described?
25     A   Yes.

TSG Reporting - Worldwide      (877) 702-9580

---

Page 52

1      J. Dueckman
2      Q   Okay.
3          Are there other key functions that I am
4   missing?
5      A   Is it possible to get a readback of your
6   paraphrase?
7      Q   Sure.
8          (Whereupon the requested question was read
9      back by the Court Reporter.)
10     Q   I believe you testified that, yes, that's
11  accurate. Is there another primary general function
12  of ENDEVOR that I'm missing in that description.
13  I'm just trying to understand what the product does?
14     A   At a very high level definition, that is
15  accurate in terms of encompassing.
16     Q   Okay.
17         That's squares with my understanding of a
18  change manager.
19         Is there a difference between a change
20  manager and a configuration manager?
21     A   The configuration aspect in the definition
22  that you proposed, that you paraphrased, would be
23  the piece that talks about its ability to track the
24  changes, what changes took place and the ultimate
25  making or building or even deploying of a software

TSG Reporting - Worldwide      (877) 702-9580

---

Page 53

1      J. Dueckman
2   from one life cycle state to the next life cycle
3   state.
4      Q   Why is it important to track those
5   changes?
6          Why does anyone care about that sort of
7   historical data?
8      A   There are a variety of reasons from
9   auditing to make sure that a developer either
10  knowingly or unknowingly has only made changes to
11  software that have been approved or that have been
12  authorized.
13         In a similar vein, a subsequent developer
14  may need to understand and see what changes took
15  place to the software in order to put a possible
16  problem into context or for that matter additional
17  changes that they may need to make. So that
18  historical auditing type of information is really
19  also crucial for assurance of adherence to
20  regulatory requirements especially with financial
21  systems.
22     Q   ENDEVOR is designed to run on main frame
23  computers, correct?
24     A   That is correct.
25     Q   In what operating system does it run in?

TSG Reporting - Worldwide      (877) 702-9580

Page 74

```
 1            J. Dueckman
 2     Q   Am I correct that if you had a customer
 3  that was using NATURAL as its programming tool, you
 4  wanted to sell that customer your ENDEVOR product,
 5  one of the aspects of the package that you could
 6  promote to them was that we have an interface that
 7  will permit you to enjoy all the benefits of ENDEVOR
 8  while using NATURAL?
 9         Is that a fair description?
10     A   Yes.
11         MR. McENTEE:  Objection to form.
12         MR. KING:  This will be 113.
13         (Whereupon, the aforementioned document
14     Bates stamped CA53166 and 67, was marked as
15     Plaintiff's Exhibit 113 for identification as
16     of this date by the reporter.)
17         MR. KING:  Off the record.
18         (Whereupon, an off-the-record discussion
19     was held.)
20         MR. KING:  Back on the record.
21  BY MR. KING:
22     Q   Mr. Dueckman, we are placing in front of
23  you what we've marked as Plaintiff's Exhibit 113.
24  It's a two-page document bearing Bates numbers
25  CA53166 and 67.  You'll see at the top it says
       TSG Reporting - Worldwide    (877) 702-9580
```

Page 75

```
 1            J. Dueckman
 2  AllFusion/ENDEVOR change manager.  At the bottom it
 3  bears a copyright notice indicating that this is a
 4  document from 2002.
 5         Do you recognize this document?
 6     A   (Witness views document.)
 7         Yes.
 8     Q   Can you tell me what it is?
 9     A   It's a document that outlines the
10  different options that was available to the
11  ENDEVOR-based product.
12     Q   Is this a document that was used to train
13  salespeople or was this actually given to customers?
14     A   Likely both.
15     Q   Okay.
16         This document is a summary of some of the
17  options that are available in connection with
18  ENDEVOR?
19     A   Correct.
20     Q   If you turn to the second page of the
21  document, the first entry states AllFusion/ENDEVOR
22  change manager interface for NATURAL.
23         Is that a long way of designating the
24  E/NAT product?
25     A   Yes.
       TSG Reporting - Worldwide    (877) 702-9580
```

Page 76

```
 1            J. Dueckman
 2     Q   Okay.
 3         The description of what that particular
 4  E/NAT product does states AllFusion/ENDEVOR CM
 5  interface -- and I assume CM means change manager?
 6     A   Correct.
 7     Q   -- for NATURAL is an option to
 8  AllFusion/ENDEVOR CM than enables management of the
 9  software development process for software AG's
10  NATURAL and software AG's Predict.  It allows
11  development organizations utilizing NATURAL as their
12  development tool to enjoy all of the life cycle
13  management features of AllFusion/ENDEVOR CM.
14         Is that an accurate description of what
15  E/NAT does?  It basically lets a company using
16  NATURAL take advantage of all the features of
17  ENDEVOR as a change manager?
18     A   Yes.
19     Q   So in this document, you were promoting,
20  to the extent that this was given to customers, you
21  were promoting to customers that if you're using
22  NATURAL, we have a great interface that will permit
23  you to use ENDEVOR and take advantage of all of its
24  benefits; is that correct?
25     A   Yes.
       TSG Reporting - Worldwide    (877) 702-9580
```

Page 77

```
 1            J. Dueckman
 2     Q   So E/NAT was one of the various attributes
 3  of the ENDEVOR product line that you would promote
 4  to customers, correct?
 5         MR. McENTEE:  Objection to "attribute".
 6         MR. KING:  It's probably a poor choice of
 7     word.
 8     Q   E/NAT was one of the ENDEVOR options that
 9  you would promote to customers for purposes of
10  soliciting their business, correct?
11     A   Assuming they had a need for the NATURAL
12  piece, yes.  Not every customer that we approach had
13  NATURAL or that we do approach has NATURAL.
14     Q   For those customers who did have NATURAL,
15  E/NAT would be a critical component, correct?
16         MR. McENTEE:  Objection.
17         I'm not sure I know what your client
18     thinks is critical.
19     A   Once the salesperson had qualified that
20  they had NATURAL, we would ensure that customer was
21  aware that we have an interface that runs in a
22  NATURAL environment.  So how critical it was for
23  them to address that environment would be their
24  call.
25     Q   Well, put it this way:  A customer wanting
       TSG Reporting - Worldwide    (877) 702-9580
```

```
                                                                   Page 1
 1
 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 3
 4   ATLANTIS INFORMATION        ) Docket No.
     TECHNOLOGY, GmbH,           ) 06-CV-3921
 5                               ) (ADS-WDW)
                 Plaintiff,      )
 6                               )
                 vs.             )
 7                               )
     CA, INC.,                   )
 8                               )
                 Defendant.      )
 9   ----------------------------)
10
11
12            DEPOSITION OF JOHN R. DUECKMAN
13                 New York, New York
14             Thursday, December 17, 2009
15
16
17
18
19
20
21
22
23
24   Reported by:
     PENNY SHERMAN
25   JOB NO. 26783
```

Page 30

Dueckman

1 reflection or a reporting what Endeavor is storing
2 up in the natural environment.
3     Q.  Well, if I understand this correctly,
4 the purpose of Endeavor is that it's a change
5 manager, and it keeps track of these changes that
6 are made in the development world, whatever that
7 world is; is that a fair statement?
8     A.  That's its prime function, yes.
9     Q.  So it would do that for -- regardless of
10 whether you were programming in the natural
11 language or you were programming in Cobol or some
12 other language, correct?
13     A.  Correct.
14     Q.  All right.  Now, do you understand that
15 natural is sometimes referred to as a fourth
16 generation language --
17     A.  Yes.
18     Q.  -- do you know what that means?
19        And that there are third-generation
20 programming languages?
21     A.  Yes.
22     Q.  For example, Cobol is a third-generation
23 programming language?
24     A.  Yes.

TSG Reporting - Worldwide    877-702-9580

Page 31

Dueckman

1     Q.  And does Endeavor require the same kind
2 of interface in order to operate with programming
3 that's being done in these third-generation
4 languages?
5        Do you need to have a special interface
6 for Endeavor to operate and keep track of the
7 changes that are being done in that development
8 environment?
9     A.  You'd have to define what you mean by
10 development environment.
11     Q.  Well, do you have to have a special
12 interface in order for Endeavor to work with other
13 programming languages in order to keep track of
14 changes and perform the Endeavor changes?
15     A.  It depends.  It depends on where the
16 developer is doing his work.
17     Q.  Well, can you identify any other special
18 interfaces, like E/Net, that have been developed
19 for Endeavor to enable Endeavor to operate with
20 other, you know, programming language environments?
21     A.  Certainly.  One that comes to mind is
22 Roscoe.  It's a developer's environment.
23     Q.  And there's a special interface that was
24 created for that?

TSG Reporting - Worldwide    877-702-9580

Page 32

Dueckman

1     A.  Correct.
2     Q.  Any others?
3     A.  That CA owns?
4     Q.  That either CA owns or licenses --
5     A.  Yeah.
6     Q.  -- from a third party.
7     A.  Another interface would be the change
8 manager, Enterprise Workbench, which is Web based.
9     Q.  But that's not something that was
10 designed to enable the product to work with a
11 particular programming environment, that's just an
12 interface to get you on to the Web; is that
13 correct?
14     A.  No.  It provides the capability of
15 interfacing to Endeavor so a developer can download
16 onto their notebook or onto a PC, do their
17 development there, and then upload there.  So it
18 provides an interface to disparate platforms.
19     Q.  No, I'm talking about an interface
20 that's necessary in order for it to be able to, you
21 know, interact with a particular programming
22 language, like natural.
23         MR. SCHISSEL:  Object to the form.
24     A.  The only other one I can think of

TSG Reporting - Worldwide    877-702-9580

Page 33

Dueckman

1 possibly would be a third-party vendor that I'm
2 aware of that has their own proprietary form of
3 developing code that is then delivered to Endeavor.
4 That would be Microfocus.
5     Q.  And there's a special interface for
6 that?
7     A.  That they developed, that they maintain,
8 yes.
9     Q.  Now --
10     A.  Another one that I can think of, but I'm
11 not familiar with the details of it, is something
12 called Endeavor DB, which is, again, a CA -- part
13 of a CA product for our -- I think it's our IEMS
14 database product.
15     Q.  That's an interface for this particular
16 database?
17     A.  Correct.  But I'm not familiar with the
18 technical details of it.
19     Q.  Do all these interfaces operate through
20 the Endeavor API interface?
21     A.  Which ones did I say?
22     Q.  You mentioned Roscoe.
23     A.  Roscoe, I don't know.
24     Q.  Microfocus?

TSG Reporting - Worldwide    877-702-9580

9 (Pages 30 to 33)

Page 102

Dueckman
example, 16, I think, where Endeavor's licensed.
     The group in the United Kingdom was the group that was specifically looking at E/Net when I talked with them personally. And like -- as I indicated, I believe that was in the late-90s. And next correspondence I saw was them looking again, I think it was in the year 2003, but it was correspondence with Steve Cannon that we've referred to earlier, as well.
     **Q. So, is it your belief, then, that that issue with JPMorgan Chase in the UK is unrelated to this item that we see here in Exhibit 3?**
     A. I would believe that to be the case, yes.
     **Q. This is a different segment of JPMorgan Chase?**
     A. As far as I can determine from this, yes.
     **Q. Do you know whether or not JPMorgan Chase, in any of its offices, employed E/Net?**
     A. No, I don't know.
     **Q. Now, your attorney has said that you don't have specific knowledge of damages, and that's going to be the subject of an expert report.**

TSG Reporting - Worldwide    877-702-9580

Page 103

Dueckman
**But I would like to ask you what, to your understanding, what damage has CA sustained as a result of these alleged failures by Atlantis to provide these eight enhancements to E/Net?**
     A. In preparing for this deposition, as well as in the litigation in general, a part of what I've been made aware of was the fact that the development of E/Net Version 3, for all intents and purposes, ceased entirely in the years 2002 and 2003.
     At CA, we were completely unaware that that is, in fact, what had taken place. And arguably, we believed in good faith that it was still taking place.
     Had we known back then, as certainly as product manager, one of our job functions within the company is to ensure that our brand maintains market value. So in this case, the Endeavor brand carries a very large market value and a very strong following.
     And secondly, one of the things that as product managers we have to do is make ongoing decisions in terms of our marketplace and how to deliver to their problems in terms of buy, build,

TSG Reporting - Worldwide    877-702-9580

Page 104

Dueckman
acquire or retire.
     In 2002, 2000 -- 2002, 2003, obviously, we still believed this was still forthcoming. Had we known at that time, we would have immediately launched into a process where we would have re-examined whether or not one, do we want to stay in this marketplace, do we want to stay in the natural environment, do we want to build it ourselves, do we want to acquire someone, or do we want to buy a new solution?
     Because we were without that information from Atlantis, that effort was never launched. And so in good faith, we just continued on, assuming it was going to be coming as per what we felt was part of the partnership.
     **Q. Is it your contention that Atlantis was obligated to deliver a Version 3 of its software?**
     A. Yes.
     **Q. Based on what?**
     A. One of the credos, shall we say, in the IT industry is, you produce or die. And at the end of the day, certainly within CA, we have a continuous maintenance cycle where we produce what we call service packs now for our software

TSG Reporting - Worldwide    877-702-9580

Page 105

Dueckman
approximately at least every six months. And then generally we try to introduce a new release to our customers every 18 months to two years.
     What that allows customers to see is a complete ROI, return on investment, sorry, that they make with us in terms of their maintenance payments and their licensing fees. They understand, then, that those -- that that money is going to a good purpose to allow them to take better advantage of their business.
     And as we've moved forward with the business of Endeavor and change of configuration management, we expect people or partners to be in with us and also releasing new products -- or I'm sorry, new features and functions to our customers, under -- since they're going under the CA Endeavor-brand umbrella in the first place.
     That didn't happen for a number of years. And even though there were a variety of requests for updates, we thought work was progressing.
     **Q. Well, is there anything in the contract that you can point me to between Atlantis and CA that you believe supports the claim that Atlantis**

TSG Reporting - Worldwide    877-702-9580

Page 106

1 Dueckman
2 was obligated to create and deliver a Version 3 of
3 its software?
4     MR. SCHISSEL: Other than what he's
5 already testified to?
6     MR. JENSEN: If he can -- if he already
7 testified to it, he can refer to that
8 testimony.
9  Q. But what is it that you believe supports
10 that claim?
11  A. I believe, in the clause where it says
12 they will support the CA software, that implies
13 more than just technically supporting. It also
14 implies, to a product manager, supporting the
15 business, the strategy, the direction that the
16 software is going in.
17  Q. Did CA -- withdrawn.
18     Until the termination of the
19 relationship in December of 2008, did CA continue
20 to sell or license E/Net to its customers?
21  A. No. Per the terms of our agreement, our
22 obligation to sell terminated in December 2007, and
23 for the subsequent year, we were obligated to
24 provide level 1 support.
25  Q. Point taken.
    TSG Reporting - Worldwide    877-702-9580

Page 107

1 Dueckman
2     From the cessation of its obligation to
3 sell, in its termination in December of 2007 up
4 until that date, did CA continue to sell E/Net to
5 its customers?
6  A. Yes, absolutely.
7  Q. And did CA continue to support E/Net for
8 its customers?
9  A. Yes.
10  Q. And even at the point at which CA
11 announced that it had a replacement product for
12 E/Net, did it continue at that stage to offer E/Net
13 as a product?
14  A. Yes.
15  Q. Why didn't CA simply cancel the
16 agreement at that point in time? Do you know?
17  A. I would say timing.
18  Q. Did CA believe that E/Net, up until the
19 termination of its agreement with Atlantis,
20 December of '07, was a product that was suitable to
21 be used by its customers who needed to, you know,
22 operate Endeavor with a natural and predict
23 environment?
24     MR. SCHISSEL: Object to the form.
25  A. We ensured, during that time, that
    TSG Reporting - Worldwide    877-702-9580

Page 108

1 Dueckman
2 customers were made available -- were made aware of
3 both offerings, so both E/Net, as well as the new
4 product that we also had available. We were very
5 diligent in ensuring that customers had an
6 opportunity to choose between the two.
7  Q. Do you know when CA decided that it
8 would build a replacement product or obtain a
9 replacement product?
10  A. Yes.
11  Q. When was that?
12  A. I believe it was end of 2005, beginning
13 of 2006.
14  Q. And do you know what the reasons were
15 for CA to obtain a replacement product at that
16 time?
17  A. No. I was not -- I was not privy to the
18 specific discussions around why the decision was
19 actually made. I was instructed this was the case.
20  Q. Do you know whether or not it had
21 anything to do with the dispute between Atlantis
22 and CA regarding the amount of royalties that were
23 due from the licensing of E/Net?
24  A. No.
25  Q. Were you aware of a dispute that arose
    TSG Reporting - Worldwide    877-702-9580

Page 109

1 Dueckman
2 between the parties in 2005 concerning the
3 royalties that were payable?
4  A. I had heard of it.
5  Q. But you have no knowledge of whether or
6 not that related in any way to CA's decision to
7 begin looking for a replacement product?
8  A. No.
9  Q. If I can go back a moment, we've talked
10 about a JPMorgan Chase situation where you say you
11 lost a sale of E/Net because of the failure to
12 provide either a new version or some enhancements
13 to the existing versions of E/Net, correct?
14  A. They chose not to pursue -- purchase
15 E/Net, that's correct.
16  Q. All right. And was CA damaged as a
17 result of that?
18     MR. SCHISSEL: Object to the form.
19  A. CA didn't realize the potential revenue.
20  Q. From that sale?
21  A. Correct.
22  Q. Are you aware of other damage that CA
23 had?
24  A. Personally, no.
25     MR. JENSEN: Just give me a second. I
    TSG Reporting - Worldwide    877-702-9580