1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

ATLANTIS INFORMATION TECHNOLOGY, GmbH,

                Plaintiff,

                                    Case No.
    - against -                     06-CV-3921
                                    (ADS)(WDW)

CA, INC.,

                Defendant.
---------------------------------------x
```

January 24, 2008
10:05 a.m.

DEPOSITION of ALEXANDER GAUGLER, taken by Defendant pursuant to Notice, held at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1314, before Donna A. Metz, a Registered Professional Reporter and Notary Public in and for the State of New York.

```
                                                          90
 1              Alexander Gaugler
 2   going to need you to tell me what the date is
 3   associated with that high level qualifier you
 4   mentioned.
 5       A.  1998, 08/24.
 6       Q.  Okay.  And then you said so on and
 7   so on.
 8       A.  Entries and exits, or exits and
 9   entries, rather.
10       Q.  Is there more than one entry on this
11   chart?
12       A.  Yes.
13       Q.  How many such entries are there?
14           Are there a lot?
15       A.  It's a lot.
16       Q.  Well, how about you point out the
17   first one to me so I know what they look
18   like.
19           Let's start there.
20       A.  Your question is since the version 2
21   or since ever?  What was the question?
22       Q.  There is a list of all major
23   enhancements.
24       A.  Yes.
25       Q.  So any major enhancement on this
```

```
                                                          91
 1              Alexander Gaugler
 2   chart.
 3       A.  So the member conversion table was
 4   one.
 5       Q.  What is the date on that?
 6       A.  1997, 09/12.
 7           And in 1997, 09/12, again, the entry
 8   SET.
 9           You were asking for the first time
10   we introduced as the a new user exit, 1997,
11   12/30.
12       Q.  What is the most recent new user
13   exit?
14       A.  If I did not miss anything, 1998,
15   10/08.
16       Q.  1998, 10/08 is what?  The most
17   recent exit?
18       A.  New exit, yes.
19       Q.  I honestly forget whether I asked
20   you this.
21           What is the most recent entry?
22           You earlier were talking about exits
23   and entries; correct?
24       A.  I am not absolutely sure, but I
25   think there is only one entry and it's -- it
```

```
                                                          92
 1              Alexander Gaugler
 2   is only one entry that is in existence.
 3           So the first might be the last.
 4       Q.  Can you find that out, now?
 5           Is it likely to be 1997?
 6       A.  1997, 09/12 is entry SET.
 7       Q.  Are you finished with your answer?
 8       A.  Yes.
 9       Q.  Does CA have any control over the
10   numbers Atlantis assigns to its different
11   versions of E/NAT?
12       A.  No.
13       Q.  Has Atlantis at any time started
14   work on a release 3.0 of E/NAT?
15       A.  Yes.
16       Q.  When did Atlantis start work on
17   release 3.0?
18       A.  I have to look at my notes.
19       Q.  What is your best estimate?
20       A.  It was around 2000.
21       Q.  What was the planned major
22   enhancement in functionality between the 2.0
23   series of E/NAT and the 3.0 series of E/NAT?
24       A.  You are asking for the
25   functionality?  What are you asking for?
```

```
                                                          93
 1              Alexander Gaugler
 2       Q.  I was asking, what were the big
 3   improvements planned for release 3.0?
 4       A.  Well, one was to get a final
 5   structure that becomes independent from the
 6   database.
 7           Another one was to remove some
 8   limits in our table definitions.
 9           And another one was package shipment
10   using utility only.
11           MR. BERNSTEIN:  Loading?
12           THE INTERPRETER:  Only.
13       Q.  What is the current status of
14   release 3.0?
15       A.  We have stopped it.
16       Q.  When did you stop it?
17       A.  Again, between 2002 and '03, I
18   think.
19       Q.  Why did you stop it?
20       A.  Well, because of the problems with
21   CA.
22       Q.  What do you mean the problems at
23   CA?  Do you mean the disputes with CA over
24   payment of royalties?
25       A.  Yes.
```

```
                                                94
 1            Alexander Gaugler
 2      Q.  And did you tell CA that you were
 3  stopping development for that reason?
 4      A.  Not that I am aware of.
 5      Q.  Not that you are aware of?
 6      A.  Yes, not that I am aware of.
 7      Q.  And you had previously told CA that
 8  Atlantis was working on development of 3.0;
 9  right?
10      A.  Right.
11      Q.  Well, why didn't you tell them that
12  you were stopping?
13      A.  I see no need to tell them.
14      Q.  Why in your mind did the problems
15  with CA justify stopping development of
16  release 3.0?
17      A.  Well, we had expected a decrease in
18  revenue and an increase in costs.
19      Q.  Why a decrease in revenue?
20      A.  The less business with CA is less
21  revenue for us.
22      Q.  Why did you think -- you mean by
23  less business from CA, you mean less dollars,
24  fewer dollars paid by CA to Atlantis, or do
25  you mean that CA was itself entering into
```

```
                                                95
 1            Alexander Gaugler
 2  fewer licenses with end users for E/NAT?
 3      A.  Well, most revenue comes from
 4  licenses.  So that was the expectation.
 5      Q.  We are not communicating.
 6          Let's go at it this way.
 7          What were the increased costs that
 8  you were expecting because of the problems
 9  with CA?
10      A.  For example, lawyers.
11      Q.  So why did having to pay lawyers
12  justify stopping development of 3.0?
13      A.  Would you repeat that question?
14          MR. ZABRISKIE:  Could you read it
15      back?
16          (Whereupon, the requested portion
17      was read back by the reporter.)
18      A.  Like I previously told you,
19  increased costs.
20      Q.  I know, but why in your mind did
21  having to pay lawyers justify stopping
22  development of 3.0?
23      A.  I do not get what you mean to say.
24      Q.  Let me ask you this:
25          Are you saying, sir, because you had
```

```
                                                96
 1            Alexander Gaugler
 2  to use a certain amount of money to pay
 3  lawyers, that money was not available to
 4  pay for development, is that what you're
 5  saying?
 6      A.  Yes, that was one reason, that I
 7  probably will have to pay a lot of money for
 8  lawyer costs.  That was one reason.
 9          And the other reason is that my time
10  is decreasing to participate.
11      Q.  Because you were spending more time
12  on trying to resolve the dispute with CA?
13          (Witness gestures.)
14          MR. JENSEN:  You have to say yes.
15      A.  Yes.
16          MR. JENSEN:  I don't know want to
17      interrupt your train of thought.
18          MR. ZABRISKIE:  I've got one more
19      exhibit and it will be five minutes.
20          MR. JENSEN:  It's already 1:30 and
21      we need a break.
22          MR. ZABRISKIE:  Let's just do this.
23      Mark that as Defendant's Exhibit 4.
24          (Whereupon, copy of two-page e-mail
25      chain, Bates numbered A 014046 and
```

```
                                                97
 1            Alexander Gaugler
 2      A 014047, was marked as Defendant's
 3      Exhibit 4 for identification, as of this
 4      date.)
 5      Q.  I am showing you, Mr. Gaugler, what
 6  has been marked Exhibit 4, a two-page e-mail
 7  chain Bates numbered A014046 and A 014047.
 8          Would you review it, please?
 9          (Witness perusing document.)
10      A.  Did you ask me a question?
11      Q.  No.  I asked you to review it.
12          I will ask you a question.
13      A.  Okay.
14      Q.  Have you had a chance to review
15  Exhibit 4, now?
16      A.  Not fully.
17      Q.  Well, please review it fully.
18          I am going to really ask you about
19  the e-mail at the top of the first page and
20  the one below it, but take whatever time you
21  need.
22      A.  Okay.
23      Q.  Do you recall sending and receiving
24  the e-mails that are part of this chain?
25      A.  I recall the contents, yes.
```

25 (Pages 94 to 97)